IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:24-cr-00068 DAD |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| SHELINA BISSETT, | ) | |
| Defendant. | ) | |

The above-named defendant appeared in the Northern District of Georgia on a Rule 5 for our court, but has not appeared here yet. They seek appointed counsel. They have separately submitted a financial affidavit.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Danica Mazenko is appointed to represent the above defendant in this case effective *nunc pro tunc*  to  March 29, 2024.

This appointment shall remain in effect until further order of this court.

DATED:  4/3/2024

/s/ Carolyn K. Delaney
_____
HON. CAROLYN K. DELANEY
United States Magistrate Judge